Thomas M. Strickland, P. W. Sessions, H. B. Wordehoff, D. L. Crum and Olin S. Wright, Appellants, vs. Andrew J. Knight, D. J. Galvin, C. B. Ware, B. W. Branch and J. D. Pollard, as County Commissioners of the County of Hillsborough, State of Florida, Appellees.

### IN BANC.

Appeal from the Circuit Court, Hillsborough county; Rhydon M. Call, Judge.

*Donald C. McMullen,* for Appellants.

No appearance for Appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendants, and the complainants appeal. Dismissed on praecipe of counsel for appellants.